# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AMBER RAY | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No.: 22-346 |
| v. | : | |
| | : | |
| ELECNOR HAWKEYE, LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Amber Ray and Defendant Elecnor Hawkeye, LLC stipulate and agree to the dismissal of this action in its entirety with prejudice and without costs and without attorneys' fees.

/s/ Jeremy M. Cerutti
Jeremy M. Cerutti, Esq.
KARPF, KARPF & CERUTTI, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, Pennsylvania 19020
Tel: (215) 639-0801
jeremy@karpf-law.com

/s/ Dana B. Hasness
Jonathan Landesman, Esq.
Dana B. Hasness, Esq.
COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Tel: (215) 564-1700
jlandesman@cohenseglias.com
dhasness@cohenseglias.com

Date: May 3, 2024

Date: May 3, 2024