IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMBER RAY : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | No.: 22-346 |
| v. : | |
| : | |
| ELECNOR HAWKEYE, LLC : | |
| : | |
| Defendant. : | |
| : | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Amber Ray and Defendant Elecnor Hawkeye, LLC stipulate and agree to the dismissal of this action in its entirety with prejudice and without costs and without attorneys' fees.

*/s/ Jeremy M. Cerutti*
Jeremy M. Cerutti, Esq.
KARPF, KARPF & CERUTTI, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, Pennsylvania 19020
Tel: (215) 639-0801
jeremy@karpf-law.com

Date: May 3, 2024

*/s/ Dana B. Hasness*
Jonathan Landesman, Esq.
Dana B. Hasness, Esq.
COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Tel: (215) 564-1700
jlandesman@cohenseglias.com
dhasness@cohenseglias.com

Date: May 3, 2024

So Ordered this 6th day of May 2024

_____
Honorable Michael A. Shipp, U.S.D.J.